UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEREMY COOPER | * | CIVIL ACTION NO. 23-2631 |
| | * | |
| VERSUS | * | SECTION: "J"(1) |
| | * | |
| MARTIN O'MALLEY, | * | JUDGE CARL J. BARBIER |
| COMMISSIONER OF THE SOCIAL | * | |
| SECURITY ADMINISTRATION | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************ | * | |

ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the decision of the Commissioner is affirmed and the appeal of the plaintiff is denied.

New Orleans, Louisiana, this 5th day of August, 2024.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE